**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARISSA GIRARD, | |
| Plaintiff, | No. 2025-CV-00136 |
| vs. | Hon. Andrea R. Wood |
| JUDGE ROSSANA P. FERNANDEZ, et al., | Judge Presiding |
| Defendants. | |

**DEFENDANT MONREAL'S MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

NOW COMES Defendant, ADAM P. MONREAL, by and through his attorney, Eileen O'Neill Burke, State's Attorney of Cook County, through her assistant, Silvia Mercado Masters, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests an extension of time of 14 days, up to and including March 24, 2025, in which to answer or otherwise respond to Plaintiffs' Amended Complaint. In support of this Motion, Defendant Monreal represents the following:

1. Plaintiff filed this action on January 6, 2025.

2. At all relevant times in connection with Plaintiff's Complaint, Defendant Monreal was an employee of office of the Clerk of the Circuit Court of Cook County. He has since left the office.

3. Summons was issued against Defendant Monreal and he was purportedly served on February 8, 2025, Dkt. 13, giving him until March 3, 2025 to file his answer or otherwise plead.

4. As Defendant Monreal is no longer an employee of the Clerk of the Circuit Court of Cook County, the office of the undersigned was not requested to represent Defendant Monreal until March 7, 2025.

5. On March 10, 2025, Plaintiff filed a First Amended Complaint. Dkt. 15.

6. Defendant Monreal respectfully requests an additional 14 days, to March 24, 2025 to answer or otherwise respond to the Amended Complaint, so that his filing deadline will be in keeping with all other defendants.

7. The Court may grant extensions of time for good cause on motions made after the time has expired if the party failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B).

8. Excusable neglect exists here as Defendant Monreal has left the office of the Circuit Court Clerk, was served with Summons at his residence, and there was delay in requesting the Circuit Clerk's office to tender his defense to the Cook County State's Attorney's Office.

9. Defendant Monreal seeks this extension, not for the purpose of delay, but to prepare an adequate defense and to best conserve resources. Plaintiff will not be prejudiced by this short extension.

10. Defendant Monreal's counsel contacted Plaintiff via email to see if she opposes this motion but received no response other than an automatic response that Plaintiff is currently unavailable due to medical leave.

## **CONCLUSION**

**WHEREFORE**, Defendant Adam Monreal respectfully requests an extension of time, up to and including March 24, 2025, to answer or otherwise plead..

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By: /s/ *Silvia Mercado Masters*
Silvia Mercado Masters
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-7795
silvia.mercadomasters@cookcountysao.org

## CERTIFICATE OF SERVICE

I, Silvia Mercado Masters, an attorney, certify that on March 10, 2025 I caused the foregoing Motion for Extension of Time to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ *Silvia Mercado Masters*
Silvia Mercado Masters
Assistant State's Attorney
Cook County State's Attorney's Office
