AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Marissa Girard

V.

Judge Rossana P. Fernandez et al.

CASE NUMBER: 1:25-cv-00136

ASSIGNED JUDGE: Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

Enrico Mirabelli
2275 Half Day Rd
Suite 350
Bannockburn, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marissa Girard
965 Forestway Drive
Glencoe, IL 60022
marissadakis@gmail.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_M. N____

(By) DEPUTY CLERK



March 11, 2025

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3-11-25 |
| NAME OF SERVER *(PRINT)* Kenton Girard | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left with Nerissa Yang, Receptionist at Beermann office at 2275 Half day Road, Suite 350 Bannockburn, IL 60015

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-11-25
*Date*

*Signature of Server*

965 Forestway Drive
Glencoe, IL 60022
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED 3/11/2025 THOMAS G. BRUTON CLERK, U.S DISTRICT COURT