UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Marissa Girard
                    Plaintiff,

v.                                       Case No.: 1:25−cv−00136
                                                        Honorable Andrea R. Wood

Rossana P Fernandez, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic initial status hearing held on 3/13/2025. For the reasons stated on the record, Plaintiff's emergency motion for ex parte temporary restraining order [5] is denied. Specifically, Plaintiff requests an injunction that would stay ongoing state−court custody proceedings. Such an injunction "threaten[s] interference with and disruption of local family law proceedingsa robust area of law traditionally reserved for state and local governmentto such a degree as to all but compel the federal judiciary to stand down." J.B. v. Woodard, 997 F.3d 714, 723 (7th Cir. 2021); see also SKS & Assocs. v. Dart, 619 F.3d 674, 679 (7th Cir. 2010) ("The principles of equity, comity, and federalism must restrain a federal court when asked to enjoin a state court proceeding." (quoting Mitchum v. Foster, 407 U.S. 225, 243 (1972))). Accordingly, the Court declines to intervene in an ongoing state−court proceeding and instruct the state court on how to manage its affairs. SKS & Assocs., 619 F.3d at 679 ("[That] a litigant... believes a state trial court has erred and caused [her] injury... is not a sufficient basis for the federal courts to step in and tell the state courts how to manage their dockets."). The Court notes that Plaintiff's Amended Complaint [15], appears to contain personal information protected from public disclosure by the Illinois Judicial Privacy Act, 705 ILCS 90 et seq. Accordingly, the Clerk of Court is directed immediately to seal the document at docket no. [15], and to maintain that document under seal until further order of the Court. Plaintiff is admonished not to file on the public docket any judge's home address or other personal information protected from disclosure by state law. Defendants Elena Demos, Vincent Waller, and Ebony Cheer's motion to dismiss Plaintiff's complaint [14] is terminated as moot. Defendant Monreal's motion for extension of time to answer or otherwise respond [17] is granted. All Defendants shall answer or otherwise respond to Plaintiff's amended complaint by 4/7/2025. Plaintiff shall file a single response to Defendants' anticipated motions to dismiss by 5/12/2025. Defendants shall file their replies by 5/27/2025. Plaintiff is granted leave to file her response brief of up to 30 pages. Discovery is stayed until further order of the Court. Plaintiff is reminded that she may obtain free limited legal assistance by scheduling a remote appointment with the William J. Hibbler Memorial Pro Se Assistance Program by emailing hibbler@legalaidchicago.org. Telephonic status hearing set for 7/1/2025 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (650) 479−3207 and the access code

is 1808131170. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.