# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARISSA GIRARD, | Case No. 1:25-cv-136 |
| Plaintiff, | |
| | Judge Andrea R. Wood |
| v. | |
| | Magistrate Judge Maria Valdez |
| JUDGE ROSSANA P. FERNANDEZ, *et al.*, | |
| Defendants. | |

## JUDICIAL DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME

Judicial Defendants Judge Rossana P. Fernandez, Judge Regina A. Scannicchio, Judge Gregory E. Ahern, and Judge William Yu, by their attorney, Kwame Raoul, Attorney General of Illinois, hereby move for a seven-day extension of time, to June 4, 2025, to file their reply in support of their motion to dismiss. In support of this motion, which Plaintiff does not oppose, Judicial Defendants state as follows:

1. Plaintiff filed her *pro se* complaint on January 6, 2025. (ECF No. 1)

2. Judicial Defendants moved to dismiss on April 7, 22 2025. (ECF No. 29)

3. Plaintiff filed her response in opposition to Defendants' motion on May 14, 2025. (ECF No. 31)

4. Judicial Defendants' reply is due on May 27, 2025. (ECF No. 24)

5. Judicial Defendants require additional time to file their reply in support of their motion to dismiss.

6.	This is Judicial Defendants' first request for an extension of time file their reply. This motion is not brought for the purpose of undue delay and no prejudice will result to the Plaintiff by the granting of this motion. No other deadlines will need to be changed if this motion is granted, and Plaintiff has agreed to this brief extension.

WHEREFORE, Judicial Defendants request that this Court extend the deadline to file their reply to June 4, 2025.

Respectfully submitted,

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois | By: */s/ Michael J. Bradtke*<br>Michael J. Bradtke<br>Assistant Attorney General<br>115 S. LaSalle Street, Suite 2700<br>Chicago, Illinois 60603<br>(312)814-1212<br>Michael.Bradtke@ilag.gov<br>*Counsel for Judicial Defendants* |