

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Marissa Girard, | ) | |
| Plaintiff, | ) | Civil No. 1:25-cv-00136 |
| v. | ) | District Judge Andrea Wood |
| Rossana P. Fernandez et al., | ) | |
| Defendants. | ) | |

### ADA NOTICE AS TO DISABILITIES

NOW COMES Defendant Marissa Girard, and hereby as Exhibit A, attaches *under seal* medical documentation from her treating physician as to her physical disabilities to substantiate the necessity for reasonable accommodations pursuant to the Americans with Disabilities Act which include the following:

    a.    7 days advance notice before court dates
    b.    court attendance allowed in all instances via remote technology e.g. telephone
    c.    the right to be heard exclusively via her written briefs
    d.    21 days to prepare her briefs

Dated: February 23, 2026

Respectfully submitted,

Marissa Girard, In Pro Se
965 Forestway Drive
Glencoe, IL 60022
Tel: (773) 425-4393
marissadakis@gmail.com

By:    /s/ Marissa Girard