ILND 450 (Rev. 04/29/2016) : Judgment in a Civil Action

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Marissa Girard

Plaintiff(s),

v.

Rossana P Fernandez, et al

Defendant(s).

Case No. 1:25-cv-00136
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $

      which ☐ includes     pre–judgment interest.
             ☐ does not include pre–judgment interest.

    Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

    Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

    Defendant(s) shall recover costs from plaintiff(s).

---

☑     other: Dismissal is based on a lack of subject-matter jurisdiction, it is without prejudice. Final
judgment in favor of Defendants.

---

This action was *(check one)*:

☐ tried by a jury with Judge                      presiding, and the jury has rendered a verdict.
☐ tried by Judge                    without a jury and the above decision was reached.
☑ decided by Judge Andrea R. Wood on a motion to dismiss [26], [27], [28], and [29].

Date: 3/25/2026            Thomas G. Bruton, Clerk of Court

                          Laritza Arcos , Deputy Clerk